Lepel High Frequency Laboratories, Inc., Respondent, v. Emil R. Capita, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Louisa E. Boutelle, as Sole Surviving Executrix of Annie A. Kimber, Deceased, and the Application for the Construction of the Last Will and Testament of the Said Annie A. Kimber, Deceased. Louisa E. Boutelle, as Sole Surviving Executrix, etc., Appellant; George C. Kimber and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to the respondents payable out of the estate. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

The People of the State of New York, Respondent, v. Jack Fisher, Known as Max Baratz, and Paul Ritter, Appellants.— Judgment unanimously reversed, the information dismissed and the fines remitted, on the authority of *People* v. *Silver* (251 App. Div. 309) and *People* v. *Rubenstein* (252 id. 730). Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Robert Duroy, Appellant, v. Frank Gillmore, as President of Actors' Equity Association, an Unincorporated Association of More than Seven Members, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Morris Goodmacher, Appellant, v. Stadium Cafeteria, Inc., Respondent, Impleaded with Others.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Michael Milione, Appellant, v. Westchester County Park Commission and County of Westchester, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Judicial Settlement of the Account of Emma Simmerlein and William H. Steinkamp, as Executors, etc., of Augusta Kraus, Deceased. Augusta Kraus, Claimant, Appellant; Emma Simmerlein and William H. Steinkamp, as Executors, etc., and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

David Berg, Respondent, v. John J. Hallahan and Phoenix Park Co., Inc., a Domestic Corporation, Appellants, Impleaded with Others.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

Hyman Goodman and Paya Goodman, Appellants, v. Third Avenue Railway Company and Union Railway Co. of New York City, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.